1  McGREGOR W. SCOTT
United States Attorney
2  MIRA CHERNICK
Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, CA 95814
4  Telephone: (916) 554-2700
Facsimile: (916) 554-2900
5
6  Attorneys for Plaintiff
United States of America
7

FILED
Apr 13, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

8        IN THE UNITED STATES DISTRICT COURT

9           EASTERN DISTRICT OF CALIFORNIA

10

11  IN THE MATTER OF THE APPLICATION
OF THE UNITED STATES OF AMERICA
12  FOR THE SEARCH OF:

13  **The residence located at 1539 Black Bart Ave., Apt 1, South Lake Tahoe, CA 96150;
A Dodge SUV bearing California license
14  plate 8JNC764; and a Dodge pick-up truck
bearing California license plate 94444C1.**

15

CASE NO. 2:20-sw-0332 KJN

[PROPOSED] ORDER RE: REQUEST TO SEAL DOCUMENTS

**UNDER SEAL**

16
17              **SEALING ORDER**

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant and search warrant affidavit underlying the search warrant in the above-entitled proceeding shall be filed under seal and shall not be disclosed to any person, unless otherwise ordered by this Court.

Dated: 04/13/2020



KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Sealing Order