| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | McGREGOR W. SCOTT<br>United States Attorney<br>MIRA CHERNICK<br>Assistant United States Attorney<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814<br>Telephone: (916) 554-2700<br>Facsimile:  (916) 554-2900 |

**FILED**
May 15, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING:<br><br>THE RESIDENCE LOCATED AT 1539 BLACK BART AVE., APT 1, SOUTH LAKE TAHOE, CA 96150; A DODGE SUV BEARING CALIFORNIA LICENSE PLATE 8JNC764; AND A DODGE PICK-UP TRUCK BEARING CALIFORNIA LICENSE PLATE 94444C1<br>and<br>THE LIVE ME AMERICA, INC. ACCOUNT ASSOCIATED WIT HTHE LIVE ME USER BAG OF ROCK (SID 13175060) | CASE NO: 2:20-SW-0332 KJN<br><br>ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, unsealed.

Dated: 05/15/2020

*allison claire* (signature)

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order to Unseal Search Warrants